UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICK L. SCHWARTZ,

    Plaintiff(s),

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

    Defendant(s).

No. C 09-03291 PJH

**ORDER TRANSFERRING CASE**

It appearing that this case is the same case that was previously assigned to Judge Alsup and that a new case number was assigned in error following its second removal from state court, the undersigned judges agree and order that it should be transferred from Judge Hamilton to Judge Alsup.

**IT IS SO ORDERED.**

Dated: July 28, 2009

PHYLLIS J. HAMILTON
United States District Judge

WILLIAM H. ALSUP
United States District Judge