IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK L. SCHWARTZ, individually and on behalf of all others similarly situated<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, THE PAUL REVERE LIFE INSURANCE COMPANY, UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUM GROUP (f/k/a) UNUMPROVIDENT CORPORATION, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1–25,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 09-03291 WHA<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR REMAND** |

Plaintiff has moved to remand this action and defendants have filed a statement of non-opposition to plaintiff's motion. Accordingly, this case is hereby **REMANDED** to California Superior Court for the City and County of San Francisco. The hearing on the instant motion currently scheduled for October 1, 2009, and the case management conference currently scheduled for October 22, 2009, are hereby **VACATED**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 21, 2009.

　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE